# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PATRICIA A. RAMSEY,

    Plaintiff(s),

v.

P.F. CHANG'S CHINA BISTRO, INC.,

    Defendant(s).

Case No.: 2:20-cv-02207-KJD-NJK

**Order**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than January 29, 2021, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

    IT IS SO ORDERED.

    Dated: January 22, 2021

                                        Nancy J. Koppe
                                        United States Magistrate Judge

1