# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA A. RAMSEY,<br><br>    Plaintiff(s),<br><br>v.<br><br>P.F. CHANG'S CHINA BISTRO, INC.,<br><br>    Defendant(s). | Case No.: 2:20-cv-02207-KJD-NJK<br><br>**Order**<br><br>[Docket No. 8] |

Pending before the Court is the parties' proposed discovery plan. Docket No. 8. The discovery plan seeks a 50% enlargement of the presumptively reasonable discovery period. *Compare id.* at 1 *with* Local Rule 26-1(b)(1). That request is supported by the assertion that a longer period is needed based on anticipated delays in obtaining medical records and in conducting depositions. *See* Docket No. 8 at 1. Without further elaboration,[1] the Court is not persuaded to permit a 50% enlargement of the normal discovery period in this case. Accordingly, the discovery plan is **DENIED** without prejudice. An amended discovery plan must be filed by January 29, 2021.

IT IS SO ORDERED.

Dated: January 27, 2021

                                                              Nancy J. Koppe
                                                             United States Magistrate Judge

---

[1] With respect to depositions, the Court notes the potential that depositions be conducted remotely. *E.g., Swenson v. GEICO Cas. Co.*, 336 F.R.D. 206, 210 (D. Nev. Aug. 2020) ("courts within the Ninth Circuit routinely highlight remote depositions as an effective and appropriate means to keep cases moving forward notwithstanding pandemic-related restrictions").

1