# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| PATRICIA A. RAMSEY, | Case No. 2:20-cv-02207-KJD-NJK |
|---|---|
| Plaintiff(s), | **Order** |
| v. | [Docket No. 16] |
| P.F. CHANG'S CHINA BISTRO, INC., | |
| Defendant(s). | |

Pending before the Court is Defendant's motion for protective order. Docket No. 16. Defendant seeks relief with respect to a non-party subpoena, arguing that it is overbroad and should be limited to the facts gathered and documented in the claim file. *See id.* at 3-5.

The motion does not sufficiently address two threshold issues. First, Defendant is seeking a protective order from a subpoena served on a non-party, but the governing rule appears inapplicable on its face to such a request. *See* Fed. R. Civ. 26(c)(1) ("A party or any person *from whom discovery is sought* may move for a protective order" (emphasis added)). Second, and relatedly, the motion does not discuss how Defendant has standing to raise the subject arguments with respect to a subpoena to a non-party. *Cf. Leal v. Target*, 2015 WL 7294936, at *1 (D. Nev. June 25, 2015) (collecting cases).

Accordingly, the motion for protective order is **DENIED** without prejudice. Any renewed request for relief must include robust discussion on the issues identified above.

IT IS SO ORDERED.

Dated: April 14, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1