# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA A. RAMSEY,<br>　　Plaintiff(s),<br>v.<br>P.F. CHANG'S CHINA BISTRO, INC.,<br>　　Defendant(s). | Case No. 2:20-cv-02207-KJD-NJK<br>**Order**<br>[Docket No. 25] |

Pending before the Court is Plaintiff's motion for spoliation sanctions. Docket No. 25. Defendant filed a response in opposition. Docket No. 27. Plaintiff did not file a reply and the deadline for doing so has expired. Local Rule 7-2(d).

Defendant's responsive brief argues that the motion fails to account for the requirement in Rule 37(e) that Plaintiff must establish an "intent to deprive" and, relatedly, that the motion does not provide sufficient evidence from which an intent to deprive can be found. Docket No. 27 at 4-7. Defendant's responsive brief also argues that the motion was not timely filed. *Id.* at 4.

"The district court has considerable latitude in managing the parties' motion practice." *Christian v. Mattel, Inc.*, 286 F. 3d 1118, 1129 (9th Cir. 2002). As Defendant's responsive brief raises threshold issues that warrant input from Plaintiff, the Court hereby **ORDERS** Plaintiff to file a reply by September 24, 2021.

IT IS SO ORDERED.

Dated: September 20, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1