# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PATRICIA A. RAMSEY,

    Plaintiff(s),

v.

P.F. CHANG'S CHINA BISTRO, INC.,

    Defendant(s).

Case No. 2:20-cv-02207-KJD-NJK

**Order**

[Docket No. 25]

    Pending before the Court is Plaintiff's motion for spoliation sanctions. Docket No. 25. In light of the parties' settlement, Docket No. 30, the motion is hereby **DENIED** without prejudice. Moreover, the order regarding a reply brief (Docket No. 31) is **VACATED**.

    IT IS SO ORDERED.

    Dated: September 21, 2021

                                                      Nancy J. Koppe
                                                    United States Magistrate Judge

1